1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                 No. 1:13-cr-00107-DAD-BAM-1

12                   Plaintiff,

13          v.                                 ORDER GRANTING MOTION TO APPOINT
                                               COUNSEL
14   JUAN CARLOS MARTINEZ-
     CARRANZA,                                 (Doc. No. 39)
15
                     Defendants.
16

17

18

19          The court is in receipt of defendant's *pro se* request for assistance of counsel in the filing

20   of a motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's request was

21   dated October 8, 2017 and was received by the court on October 16, 2017. (Doc. No. 39.)

22   Pursuant to Eastern District of California General Order 546, the Federal Defender's Office

23   ("FDO") is hereby appointed to represent defendant with respect to a possible motion for

24   reduction of sentence pursuant to U.S.S.G. 782 and 18 U.S.C. § 3582(c)(2). Should the FDO

25   determine it is not appropriate for its office to file a § 3582 motion on defendant's behalf,

26   defendant may elect to file such a motion *pro se*. The court, however, will not construe

27   defendant's request for counsel (Doc. No. 39) as a motion brought pursuant to § 3582. The FDO

28   /////

                                                   1

is directed to advise the court and defendant within sixty days of the service of this order, whether it intends to file such a motion on behalf of defendant.

IT IS SO ORDERED.

Dated:   **October 23, 2017**

_____
UNITED STATES DISTRICT JUDGE