| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00107-DAD-BAM-1 |
| Plaintiff, | |
| v. | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| JUAN CARLOS MARTINEZ-CARRANZA, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On October 16, 2017, defendant Juan Carlos Martinez-Carranza filed a motion to appoint counsel to assist him in filing a motion under 18 U.S.C. § 3582. (Doc. No. 39.) On October 24, 2017, the court granted that motion and appointed the Federal Defender's Office to determine whether it was appropriate for that office to file such a motion on his behalf. (Doc. No. 40.) The court noted therein that, if the Federal Defender's Office determined that it was not appropriate for that office to represent defendant, defendant could proceed *pro se* but that his motion requesting the appointment of counsel would not be construed as a motion brought pursuant to § 3582. (*Id.*) On November 2, 2017, the Federal Defender's Office filed a notice indicating it would not file a motion under § 3582 on behalf of defendant. (Doc. No. 41.) It requested that it be allowed to withdraw as counsel for defendant. (*Id.*)

/////

/////

1

The court hereby grants the request of the Federal Defender's Office to withdraw as counsel for defendant in this matter. Defendant is advised that he may proceed *pro se* by filing a motion pursuant to § 3582 on his own behalf within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **February 12, 2018**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE