UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS MARTINEZ-CARRANZA,<br><br>Defendant. | No. 1:13-cr-00107-DAD-BAM<br><br>ORDER REASSIGNING CASE FOR PURPOSES OF RULING ON MOTION FOR COMPASSIONATE RELEASE<br><br>(Doc. No. 43) |

The Local Rules of this district provide that "[a]ctions may be reassigned between Judges on order signed by the transferring and accepting Judges as approved by the Court." L.R., App. A (f)(1).

/////
/////
/////
/////
/////
/////
/////
/////

1

In order to ensure the fair distribution of the court's caseload and the efficient resolution of all matters, the court reassigns the above-captioned action to United States Senior District Judge Anthony W. Ishii for purposes of deciding the pending motion for compassionate release. (Doc. No. 43.)  After the motion for compassionate release is ruled upon, the case shall be reassigned back to United States District Judge Dale A. Drozd for all purposes.

IT IS SO ORDERED.

Dated:   **September 3, 2020**

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated:   **September 3, 2020**

SENIOR DISTRICT JUDGE

IT IS SO ORDERED.

Dated**:   September 3, 2020**

CHIEF UNITED STATES DISTRICT JUDGE